UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
                                  )
                                  )
JAMES DAVIS                       )
             Plaintiff(s)         )
                                  )          C 05-04438 CRB
    -v-                           )
                                  ) ORDER SETTING INITIAL CASE MANAGEMENT
MERCK & CO INC                    ) CONFERENCE
             Defendant(s)         )
_____ )
```

    IT IS HEREBY ORDERED that this action is assigned to the Honorable Charles R. Breyer.  When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California" and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

Counsel and clients must familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California."

```
Date        Event                                           Governing Rule
------------------------------------------------------------------------
11/01/2005  case filed in the N. District of California

01/13/2006  Last day to meet and confer re initial          FRCivP 26(f)
            disclosures, early settlement, and
            discovery plan

01/27/2006  Last day to complete initial disclosures        FRCivP 26(a)(1)
            or state objection in Rule 26(f) Report,        Civil L.R.16-9
            file/serve Case Management Statement, and
            file/serve Rule 26(f) Report

02/03/2006  Case Management Conference in
            Ctrm. 8, 19th FL,SF at 8:30 AM                  Civil L.R. 16-10
```

Dockets.Justia.com