PLAINTIFFS' FIRM INFORMATION

The Monsour Law Firm
404 North Green Street
Longview, Texas 75606
Telephone (903) 758-5757
Facsimile (903) 230-5010

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. c:05cv4438<br><br>MDL No. 1699<br>District Judge: Charles R. Breyer |
| JAMES DAVIS, INDIVIDUALLY and as Personal Representative of the Estate of Barbara Davis, Deceased; Jacqueline Allen, and Gaylynn Ellerd<br><br>v.<br><br>PFIZER, INC. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Comes now the Plaintiffs JAMES DAVIS, Individually and as Personal Representative of the Estate of Barbara Davis, Deceased; Jacqueline Allen, and Gaylynn Ellerd and Defendants by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a) hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

Dated  5/11/09 , 2009.

**THE MONSOUR LAW FIRM**
404 North Green Street
Longview, Texas  75606
(903) 758-5757
(903) 230-5010 (Facsimile)

By: _____
Douglas G. Monsour

*Attorney for Plaintiffs*


DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501


By: _____
Michelle W. Sadowsky

*Attorneys for Defendants*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ___June 16, 2009_____    _____
Hon. Charles R. Breyer
United States District Judge



IT IS SO ORDERED
Judge Charles R. Breyer